

# Fourth Court of Appeals

## San Antonio, Texas

September 9, 2015

No. 04-15-00479-CV

**LIBERTY SPORT AVIATION, L.P.**,
Appellant

v.

Barry **PRUITT**, Bristell USA L.P. and PRM Group, LLC,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314
Honorable N. Keith Williams, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED.

It is ORDERED that appellant Liberty Sport Aviation, L.P., bear all costs of this appeal.

It is so **ORDERED** on September 9, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle, Clerk